# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| State of New York, et al. <br> *Plaintiff* <br> v. <br> U.S. Department of Agriculture, et al. <br> *Defendant* | Case No. 19 CV 02956 ALC |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The District of Columbia

Date: 10/04/2019

*Attorney's signature*

Kathleen Konopka  5531538
*Printed name and bar number*

Office of the Attorney General
for the District of Columbia
441 4th Street, N.W., Suite 630 S
Washington, D.C. 20001
*Address*

Kathleen.Konopka@dc.gov
*E-mail address*

(202) 724-6610
*Telephone number*

(202) 741-0444
*FAX number*