UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATES OF NEW YORK, CALIFORNIA, ILLINOIS, MINNESOTA, NEW MEXICO, and VERMONT, and the DISTRICT OF COLUMBIA, <br><br> Plaintiffs, <br> v. <br><br> UNITED STATES DEPARTMENT OF AGRICULTURE; UNITED STATES DEPARTMENT OF AGRICULTURE FOOD AND NUTRITION SERVICE; and SONNY PERDUE, in his official capacity as Secretary of Agriculture, <br><br> Defendants. | 19-CV-2956 <br><br> Judge Andrew L. Carter, Jr. |

**STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**

WHEREAS, in this action plaintiffs the States of New York, California, Illinois, Minnesota, New Mexico, Vermont and the District of Columbia (the "States") challenge provisions in defendants' (collectively, "USDA") final rule, *Child Nutrition Programs: Flexibilities for Milk, Whole Grains, and Sodium Requirements*, 83 Fed. Reg. 63,775 (Dec. 12, 2018) (codified at 7 C.F.R. § 210.10; 7 C.F.R. § 220.8) (the "2018 Rule") that eliminate the final sodium target, delay compliance with sodium target 2, and cut in half the whole grain requirement in the National School Lunch Program and School Breakfast Program;

WHEREAS, other plaintiffs brought a separate action (No. 19 Civ. 1004 (GJH)) in the U.S. District Court for the District of Maryland (the "Maryland District Court") that also challenged the 2018 Rule and sought its vacatur;

WHEREAS, on April 13, 2020, the Maryland District Court issued a Memorandum Opinion and Order vacating the 2018 Rule and remanding to USDA for further proceedings consistent with the Maryland District Court's opinion (the "Maryland District Court Decision");

WHEREAS, on April 16, 2020, this Court, in an Opinion and Order, denied USDA's motion to dismiss the States' action for lack of subject matter jurisdiction, holding that the States had "alleged an injury in fact to their proprietary interests and thus, have established standing" (Dkt. 71, Op. at 19);

WHEREAS, USDA has determined that it will not pursue an appeal of the Maryland District Court Decision;

WHEREAS, the Maryland District Court Decision vacated the 2018 Rule, and such vacatur applies nationwide;

IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their respective counsels, that this action is voluntarily dismissed, without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and without interest, costs, expenses, disbursements, or fees to any party.

Dated: May 20, 2020

**For Plaintiff State of New York:**

LETITIA JAMES
*Attorney General of the State of New York*

By: */s/ Max Shterngel*
Matthew Colangelo
  *Chief Counsel for Federal Initiatives*
Monica Wagner
  *Deputy Chief, Environmental Protection Bureau*
Samantha Liskow
  *Assistant Attorney General*
Max Shterngel
  *Assistant Attorney General*
Office of the New York State Attorney General
28 Liberty Street
New York, NY 10005
Phone: (212) 416-6692
  Max.Shterngel@ag.ny.gov

**For Plaintiff State of California:**

XAVIER BECERRA
*Attorney General of California*

Michael L. Newman
  *Senior Assistant Attorney General*
Sarah E. Belton
  *Supervising Deputy Attorney General*

By: */s/ Julia Harumi Mass*
Julia Harumi Mass (admitted *pro hac vice*)
  *Deputy Attorney General*
Office of the California Attorney General
1515 Clay Street, Suite 2000
Oakland, CA 94612-1492
Phone: (510) 879-3300
  Julia.Mass@doj.ca.gov

**For Plaintiff District of Columbia:**

KARL A. RACINE
*Attorney General*
*District of Columbia*

By: */s/ Sarah Kogel-Smucker*
Kathleen Konopka
  *Deputy Attorney General*
Sarah Kogel-Smucker
  *Special Assistant Attorney General*
Office of the Attorney General for
the District of Columbia
441 4th Street, N.W., Suite 630 South
Washington, DC 20001
Phone: (202) 442-9727
  sarah.kogel-smucker@dc.gov


**For Plaintiff State of Illinois:**

KWAME RAOUL
*Attorney General of Illinois*

By:  */s/ Aaron Chait*
Aaron Chait (admitted *pro hac vice*)
  *Assistant Attorney General*
Office of the Illinois Attorney General
100 W. Randolph St., 11th Fl.
Chicago, Illinois 60601
Phone: (312) 814-3659
  achait@atg.state.il.us

**For Plaintiff State of Minnesota:**

KEITH ELLISON
*Attorney General*
*State of Minnesota*

By: */s/ Christina Brown*
Christina Brown*
   *Assistant Attorney General*
Office of the Minnesota Attorney General
445 Minnesota Street, Suite 900
St. Paul, Minnesota 55101-2127
Phone: (651) 757-1471
   christina.brown@ag.state.mn.us

**For Plaintiff State of New Mexico:**

HECTOR BALDERAS
*Attorney General of New Mexico*

By: */s/ Tania Maestas*
Tania Maestas*
   *Deputy Attorney General*
New Mexico Attorney General
P.O. Drawer 1508
Santa Fe, NM 87504
Phone: (505) 490-4849
   tmaestas@nmag.gov

**For Plaintiff State of Vermont:**

THOMAS J. DONOVAN, JR.
*Attorney General of Vermont*

By: */s/ Jill Abrams*
Jill Abrams
   *Assistant Attorney General*
Office of the Vermont Attorney General
109 State Street
Montpelier, VT 05609-1001
Phone: (802) 828-3186
   jill.abrams@vermont.gov

*Not yet admitted to the Bar of this Court.

**For Defendants:**

GEOFFREY S. BERMAN
United States Attorney for the
Southern District of New York

By: /s/
Arastu K. Chaudhury
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, New York 10007
Tel.: (212) 637-2633
arastu.chaudhury@usdoj.gov